PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. TURSKI, JR., | ) |
| | ) CASE NO. 3:20CV2380 |
| Petitioner, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| WARDEN NEIL TURNER, | ) |
| | ) |
| | ) **MEMORANDUM OF OPINION AND** |
| | ) **ORDER** |
| Respondent. | ) [Regarding ECF No. 8] |

On August 8, 2022, the assigned magistrate judge issued a Report and Recommendation suggesting that Petitioner Turski Jr.'s five claims in his Petition for habeas relief be dismissed because they are nonrecognizable and/or meritless, and that Turski's petition for a writ of habeas corpus be denied. See ECF No. 8.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Parties must file any objections to a Report and Recommendation within fourteen days of service. *Id.*; Fed. R. Civ. P. 72(b)(2). Absent objections, a district court may adopt a magistrate judge's report without review. See *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Objections to the Report and Recommendation were due by August 24, 2022. None of the parties have filed an objection. Accordingly, the Court adopts the Report and Recommendation. ECF No. 8.

Additionally, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from

(3:20CV2380)

 this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    IT IS SO ORDERED.

| | |
|---|---|
| August 10, 2023 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson<br>United States District Judge |